# United States Bankruptcy Court
## District of Puerto Rico

In re **CARLOS JAVIER VERA RIVERA**
**DENISSE IVETTE DE JESUS LOPEZ**
Debtor(s)

Case No. **06-00636**
Chapter **13**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**I AND J**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: **March 13, 2006**

**/s/ JAIME RODRÌGUEZ-PEREZ, ELECTRONICALLY FILED**
**JAIME RODRÌGUEZ-PEREZ 221011**
Attorney for Debtor(s)
**JAIME RODRIGUEZ LAW OFFICE, PSC**
**PO BOX 2477**
**VEGA BAJA, PR 00694**
**787-797-4174 Fax:787-797-4174**
**bayamonlawoffice@yahoo.com**

In re **CARLOS JAVIER VERA RIVERA**
**DENISSE IVETTE DE JESUS LOPEZ**
Debtor(s)

Case No. **06-00636**

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP:<br>Daughter<br>Daughter<br>Daughter | AGE:<br>4<br>6<br>7 |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **DEALER MANAGER** | |
| Name of Employer | **AUTO PRECIO, INC.** | |
| How long employed | **2 YEARS** | |
| Address of Employer | **PO BOX 493**<br>**AGUAS BUENAS, PR 00703** | |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 1,998.53 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 1,998.53 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 219.40 | $ 0.00 |
|    b. Insurance | $ 5.98 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 225.38 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 1,773.15 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm. (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or other government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): **COMMISSIONS** | $ 3,225.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 3,225.00 | $ 0.00 |
| 15. TOTAL MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 4,998.15 | $ 0.00 |

16. TOTAL COMBINED MONTHLY INCOME: $ **4,998.15**  (Report also on Summary of Schedules)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **NONE**

In re **CARLOS JAVIER VERA RIVERA**
**DENISSE IVETTE DE JESUS LOPEZ**     Case No. **06-00636**
Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,261.20 |
|   a. Are real estate taxes included? Yes ___ No **X** | | |
|   b. Is property insurance included? Yes ___ No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | | $ 300.00 |
|     b. Water and sewer | | $ 45.00 |
|     c. Telephone | | $ 35.00 |
|     d. Other | | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 0.00 |
| 4. Food | | $ 700.00 |
| 5. Clothing | | $ 70.00 |
| 6. Laundry and dry cleaning | | $ 0.00 |
| 7. Medical and dental expenses | | $ 60.00 |
| 8. Transportation (not including car payments) | | $ 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 100.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | | $ 0.00 |
|     b. Life | | $ 0.00 |
|     c. Health | | $ 242.00 |
|     d. Auto | | $ 0.00 |
|     e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12 and 13 cases, do not list payments to be included in the plan.) | | |
|     a. Auto | | $ 468.00 |
|     b. Other **PRE SCHOOL** | | $ 200.00 |
|     c. Other **PRIVATE SCHOOL** | | $ 200.00 |
|     d. Other **MOBILE PHONE** | | $ 45.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 300.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other **See Detailed Expense Attachment** | | $ 222.00 |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | $ 4,598.20 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    **NONE**

20. STATEMENT OF MONTHLY NET INCOME
a. Total monthly income from Line 16 of Schedule I    $ 4,998.15
b. Total monthly expenses from Line 18 above    $ 4,598.20
c. Monthly net income (a. minus b.)    $ 399.95

Form B6J
(10/05)

In re **CARLOS JAVIER VERA RIVERA**
**DENISSE IVETTE DE JESUS LOPEZ**　　　　　　　　　Case No. **06-00636**

Debtor(s)

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Expenditures:**

| | |
|---|---:|
| BARBER | $ 25.00 |
| BEAUTY | $ 35.00 |
| BACK TO SCHOOL EXPENSE | $ 120.00 |
| CASH RESERVE FOR CHRISTMAS AND BIRTHDAY PRESENTS | $ 42.00 |
| **Total Other Expenditures** | $ **222.00** |

# United States Bankruptcy Court
## District of Puerto Rico

In re **CARLOS JAVIER VERA RIVERA**
**DENISSE IVETTE DE JESUS LOPEZ**
Debtor(s)

Case No. **06-00636**
Chapter **13**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of **10** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **March 13, 2006**     Signature **/s/ CARLOS JAVIER VERA RIVERA**
**CARLOS JAVIER VERA RIVERA**
Debtor

Date **March 13, 2006**     Signature **/s/ DENISSE IVETTE DE JESUS LOPEZ**
**DENISSE IVETTE DE JESUS LOPEZ**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# MASTER ADDRESS LIST

CARLOS JAVIER VERA RIVERA  
URB PALACIOS REALES  
CALLE BALBI  
BUZON 248  
TOA ALTA, PR 00953

DENISSE IVETTE DE JESUS LOPEZ  
URB PALACIOS REALES  
CALLE BALBI  
BUZON 248  
TOA ALTA, PR 00953

JAIME RODRÌGUEZ-PEREZ  
JAIME RODRIGUEZ LAW OFFICE,P  
PO BOX 2477  
VEGA BAJA, PR 00694

ALEJANDRO OLIVERAS RIVERA, ESQ  
PO BOX 9024062  
OLD SAN JUAN STATION  
SAN JUAN, PR 00902-4062

JOSE R CARRION ESQ  
PO BOX 9023884  
OLD SAN JUAN STATION  
SAN JUAN, PR 00902-3884

US DEPARTMENT OF JUSTICE  
NANCY PUJALS, ESQ  
OCHOA BLDG 500 TANCA ST. ST30  
SAN JUAN, PR 00901-1922

FEDERAL LITIGATION  
DEPT OF JUSTICE  
PO BOX 192  
SAN JUAN, PR 00902

IRS  
SPECIAL PROCEDURE RM 912  
MERC PLAZA BLDG 27 1/2  
HATO REY, PR 00918

IRS  
SPECIAL PROCEDURE RM 912  
MERC PLAZA BLDG 27 1/2  
HATO REY, PR 00918

BANCO POPULAR  
PO BOX 70100  
SAN JUAN, PR 00936-7100

BANCO SANTANDER  
DIV. TARJETAS BANCARIAS  
PO BOX 362589  
SAN JUAN, PR 00936-2589

BANCO SANTANDER  
PO BOX 191080  
SAN JUAN, PR 00919-1080

BBVA  
PO BOX 364745  
SAN JUAN, PR 00936-4745

CENTENNIAL DE PR  
PO BOX 71514  
SAN JUAN, PR 00936-8614

IRS  
PO BOX 9024140  
SAN JUAN, PR 00902-4140

IRS  
PHILADELPHIA, PA 19255

LCDO. ALBERTO BALZAC  
COND. EL CENTRO I,  
STE. 211-212  
SAN JUAN, PR 00918

LCDO. ANGEL ALICEA PARES  
COND. EL CENTRO I 211-214  
HATO REY, PR 00918

LCDO. ANGEL L ALICEA PARES  
COND EL CENTRO I 211-214  
HATO REY, PR 00918

MBNA  
PO BOX 15137  
WILMINGTON, DE 19886-1537

RELIABLE FINANCIAL  
PO BOX 21382  
SAN JUAN, PR 00928

RG MORTGAGE  
PO BOX 362394  
SAN JUAN, PR 00936

SALLIE MAE  
PO BOX 12109  
KILLEEN, TX 76547-2109

SEARS  
PO BOX 182149  
COLUMBUS, OH 43218-2149

VERIZON WIRELESS  
PO BOX 70366  
SAN JUAN, PR 00936-8366